Filed 9/22/22  In re Y.O. CA2/6
## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| In re Y.O., a Person Coming Under the Juvenile Court Law. | 2d Juv. No. B318447 (Super. Ct. No. 21JV-00004) (San Luis Obispo County) |
| THE PEOPLE, Plaintiff and Respondent, v. Y.O., Defendant and Appellant. | |

Y.O. appeals from the judgment of the San Luis Obispo County Juvenile Court requiring him to submit to warrantless searches of his electronic devices as a condition of his probation.

We appointed counsel to represent appellant in this appeal. After an examination of the record, counsel filed an opening brief that raises no arguable issues.  On July 6, 2022, we notified appellant by mail that he had 30 days within which to personally

submit any contentions or issues he wished us to consider. The 30 days have since passed, and appellant has not presented any contentions or issues for our consideration.

In February 2021, appellant was declared a ward of the court and placed on probation after he admitted to being a minor in possession of a firearm and public intoxication. (Welf. & Inst. Code, § 602; Pen. Code, §§ 29610, 647, subd. (f).)

In February 2022, appellant admitted he violated the terms of his probation after he was contacted by law enforcement during a traffic stop and found to have a "ghost gun" in the trunk of his vehicle, along with three "grocery-size bags" filled with marijuana, and several small baggies. The juvenile court ordered that appellant continue as a ward of the court with additional terms and conditions of probation, including an electronics search condition that required him to submit his electronic devices and passwords to law enforcement, effective upon his release from custody.

We have reviewed the entire record and are satisfied that appellant's attorney fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436.)

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED.

YEGAN, Acting P. J.

We concur:

PERREN, J.*

BALTODANO, J.

---

\* Retired Associate Justice of the Court of Appeal, Second Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

Denise De Bellefeuille, Judge

Superior Court County of San Luis Obispo

_____


Leonard J. Klaif, under appointment by the Court of Appeal, for Defendant and Appellant.


No appearance for Respondent.